UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES RAY LOVE, SR. | CIVIL ACTION NO. 07-0085 |
| VS. | SECTION P |
| WARDEN CHARLES JOHNSON, JR. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DENIED AND DISMISSED WITH PREJUDICE** because federal habeas corpus review of petitioner's claim is barred by the procedural default doctrine and because his claim is clearly and manifestly without merit.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 13th day of August, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE