

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARLES RAY LOVE** | **CIVIL ACTION NO. 1:07CV85** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN, WINN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KIRK** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _ALEXANDRIA_, Louisiana, this _25_ Day of _August_, 2008.

Dee D. Drell
UNITED STATES DISTRICT JUDGE